IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:  
ALLEN RUSSELL ANTHONY and;  
KATRINA RENEE HINES,  
*aka Katrina Renee Hines*  
*aka Katrina Hines Anthony*

Case No. 13-70131-SCS  
Chapter 13

Debtors.

## ORDER SETTLING TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Plan filed on February 11, 2013, filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Plan is **SUSTAINED** and confirmation is **DENIED**. Allen Russell Anthony and Katrina Renee Hines (the "Debtors") shall file the appropriate amendments to the attorney fee agreement, statement of financial affairs, 2016 disclosure and Plan to correctly and consistently disclose the correct amount of all attorney fees and costs including those which were paid prior to the filing of the voluntary petition on or before April 18, 2013. The Trustee reserves all rights with regard to the amendments.

It is **FURTHER ORDERED** that Section 3-D of the amended plan shall provide the approximate balance of the debt owed to the Internal Revenue Service.

It is **FURTHER ORDERED** that Section 3-D of the amended plan shall provide fixed monthly payments on the secured claim of the Internal Revenue Service.

R. Clinton Stackhouse, Jr.  VSB No. 19358  
Chapter 13 Trustee  
7021 Harbour View Blvd., Suite 101  
Suffolk, VA 23435  
(757) 333-4000 -Telephone  
(757) 333-3434 - Facsimile

It is **FURTHER ORDERED** that Section 3-D of the amended plan shall provide a reasonable rate of interest on the secured claim of the Internal Revenue Service.

It is **FURTHER ORDERED** if the Debtors fail to comply with the terms of this Order; an Order of Dismissal may be filed with and entered by this Court without further hearing.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Apr 16 2013

Entered at Norfolk  _____ day of _____, 2013.

/s/ Frank J. Santoro
_____
JUDGE

Apr 17, 2013

Notice of entry of Order or Judgment _____

I ASK FOR THIS:

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

/s/ Amber L. Quick
_____
Amber L. Quick, Esquire
Counsel for Debtors

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

/s/ R. Clinton Stackhouse, Jr.
_____

Copy List:

Allen Russell Anthony
Katrina Renee Hines

2704 Alder Street
Norfolk, VA 23513

Amber L. Quick, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322